UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. -                        :          **INDICTMENT**

GRAFTON E. THOMAS,                :          20 Cr. 21

        Defendant.            :

- - - - - - - - - - - - - - - - - x

## COUNTS ONE THROUGH FIVE

(Hate Crime Act Involving an Attempt to Kill)

The Grand Jury charges:

1.    On or about December 28, 2019, in the Southern District of New York, GRAFTON E. THOMAS, the defendant, did willfully cause bodily injury to each victim listed below because of that victim's actual and perceived religion, and in doing so attempted to kill each victim:

| COUNT | VICTIM |
|-------|--------|
| 1 | S.R. |
| 2 | H.F. |
| 3 | J.W. |
| 4 | N.I. |
| 5 | J.N. |

(Title 18, United States Code, Section
249(a)(1)(B)(ii).)

## COUNTS SIX THROUGH TEN

(Obstruction of Free Exercise of Religious Beliefs Involving an
Attempt to Kill and Use of a Dangerous Weapon, and Resulting in
Bodily Injury)

The Grand Jury further charges:

2.   On or about December 28, 2019, in the Southern District of New York, GRAFTON E. THOMAS, the defendant, intentionally obstructed, by force and threat of force, each victim listed below in the enjoyment of that victim's free exercise of religious beliefs, and attempted to do so, which conduct was in and affected interstate and foreign commerce, and in doing so, (a) the defendant attempted to kill each victim in Counts Six through Ten, (b) each victim in Counts Six through Ten suffered bodily injury, and (c) the defendant used, attempted to use, and threatened the use of a dangerous weapon, to wit, a machete:

| COUNT | VICTIM |
|-------|--------|
| 6 | S.R. |
| 7 | H.F. |
| 8 | J.W. |
| 9 | N.I. |
| 10 | J.N. |

(Title 18, United States Code, Sections
247(a)(2), 247(d)(1), and 247(d)(3).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GRAFTON E. THOMAS,

Defendant.

INDICTMENT

20 Cr.

(18 U.S.C. §§ 247(a)(2), 247(d)(1),
247(d)(3), and 249(a)(1)(B)(ii).)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.