UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

    -v.-

GRAFTON THOMAS,

          Defendant.
-------------------------------------------------------x

ORDER

20-CR-21 (CS)

Seibel, J.

    Counsel for Defendant Grafton Thomas has requested funding under the Criminal Justice Act. ("CJA") for experts and other services. That application is granted, subject to the submission, no later than February 3, 2020, of a completed financial affidavit confirming that Defendant is indigent. On the assumption that that affidavit will be forthcoming, Defendant's counsel Michael H. Sussman may obtain services necessary for an adequate defense, in accordance with the usual CJA rules and procedures, including the presumptive hourly rates set forth in the Second Circuit's CJA Policy and Procedure Manual. Mr. Sussman should contact Tracy Miller, the Court's Assistant Director of Criminal Case Operations, or her designee, regarding his access to the eVoucher system through which CJA expenditures must be authorized and submitted for payment.

SO ORDERED.

Dated: January 23, 2020
       White Plains, New York

                                            _____
                                            CATHY SEIBEL, U.S.D.J.