

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2020

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>United States</u> v. <u>Grafton E. Thomas</u>, 20 Cr. 21 (CS)

Dear Judge Seibel:

    The Government respectfully writes in response to Your Honor's November 12, 2020, order for a status update related to the defendant's period of competency restoration. (Dkt. No. 38.)

    On June 11, 2020, the defendant was transferred to the United States Medical Center for Federal Prisoners in Springfield, Missouri ("USMFC Springfield"). By letter dated June 25, 2020, the Office of the Warden of USMFC Springfield advised the Court that the defendant's period of competency restoration treatment was scheduled to conclude no later than October 8, 2020, and that within three weeks of that date, *i.e.*, October 29, 2020, the defendant's evaluator would complete and submit a report to the Court.

    On October 20, 2020, the Government communicated with USMFC Springfield by email, to inquire whether the evaluator's report had been submitted to the Court. On October 21, 2020, the Government was informed that the defendant's assigned evaluator intended to complete her report by November 6, 2020. The Government also was informed that the defendant ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The Government relayed this information to defense counsel by email on November 3, 2020. On November 5, 2020, the Government again communicated with USMFC Springfield by email, to request that the report be submitted as soon as possible. On the same date, the Government learned that the evaluator was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ but intended to complete her report by

Honorable Cathy Seibel
November 16, 2020

November 11, 2020. On November 12, 2020, the Government learned that the evaluator's report was complete, and should reach the Court on November 16, 2020.

>	Respectfully submitted,
>
>	AUDREY STRAUSS
>	Acting United States Attorney for the
>	Southern District of New York
>
>	By: ___/s/_____
>	Lindsey Keenan
>	Lara Eshkenazi
>	Michael Krouse
>	Assistant United States Attorneys
>	(914) 993-1907 / (212) 637-2758 / 2279

cc:	Defense Counsel, via ECF