

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2021

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>United States</u> v. <u>Grafton E. Thomas</u>, 20 Cr. 21 (CS)

Dear Judge Seibel:

    The Government writes to inform the Court that it intends to call the following witnesses at the February 1, 2021, hearing in the above-referenced case:

- Dr. Lea Ann Preston Baecht, Ph.D.
- Michelle Casarella, Psy.D.
- Dr. Robert Sarrazin, M.D.
- Shanah Segal, Psy.D.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney for the
        Southern District of New York

By:     /s/
        Lindsey Keenan
        Lara Eshkenazi
        Kimberly Ravener
        Assistant United States Attorneys
        (212) 637-1565 / 2758 / 2358

cc:    Michael H. Sussman, Esq., via ECF
        Bobbi C. Sternheim, Esq., via ECF