# SUSSMAN & ASSOCIATES
### - Attorneys at Law -

---

MICHAEL H. SUSSMAN
JONATHAN R. GOLDMAN

1 Railroad Ave. - Suite 3
P.O. Box 1005
Goshen, New York 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANT
SARAH OSBORNE

CHRISTOPHER D. WATKINS
of Counsel

June 10, 2021

Hon. Cathy Seibel
United States District Court - SDNY
300 Quarropas Street
White Plains, New York 10601

     Re: *United States v. Grafton Thomas, 20 cr 00021 (CS)*

Dear Judge Seibel:

     I represent defendant in this criminal case. The court has requested comment from counsel on the recent report issued by the Bureau of Prisons.

     Under the controlling statute, we agree that entry of a finding of dangerousness is warranted, the criminal charges against Mr. Thomas should be dismissed and he should be civilly committed.

     We disagree only with the location of that civil commitment. Placing Mr. Thomas in a state-run facility in New York State would far better serve his interests and those of society. His mother and pastor live in New York. Both are both positive influences. Proximity to them will be important as attempts continue to improve Mr. Thomas' mental status and enhance the prospect of his eventual successful re-integration into society as the law contemplates.

                                              Yours respectfully,

                                              Michael H. Sussman

cc: Counsel of record