# SUSSMAN & ASSOCIATES
## ~Attorneys at Law~

| MICHAEL H. SUSSMAN<br>JONATHAN R. GOLDMAN<br>MARY J. WHATELEY | 1 Railroad Ave. – Suite 3<br>P.O. Box 1005<br>Goshen, New York 10924 | PARALEGAL<br>JOYMARIE LEWISHOLLIDAY |
|---|---|---|

(845) 294-3991
Fax: (845) 294-1623
sussman1@sussman.law

January 28, 2022

Hon. Cathy Seibel
United States District Court -SDNY
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Grafton Thomas**

Dear Judge Seibel,

I represent Grafton Thomas before this Court and the Rockland County Court and write to update the court.

Per the writ prepared by the Rockland County District Attorney, approved by the County Judge and signed off on by the United States Attorney's Office, Mr. Thomas was returned to the Rockland County Jail on or about January 17, 2022. On Wednesday, January 26, 2022, Judge Kevin Russo arraigned Mr. Thomas on a Murder count relating to the underlying incident. Subject to the provisions of CPL Article 730, Judge Russo then signed two orders [attached] which directed that defendant be committed for a period of one year to the care and custody of the New York State Commissioner of Mental Health. Under NYS law, that officer or her designee may seek retention orders for periods of two years each up to 2/3 the maximum sentence on the charges for which Mr. Thomas has been indicted. Mr. Thomas shall remain in the Rockland County Jail until he is transferred to a hospital controlled by the aforecited Commissioner.

Should the court have any questions about this, I will be happy to address the same.

Yours respectfully,

Michael H. Sussman

cc: Counsel of record