At a Special Term of the
Rockland County Court, held at the
Courthouse thereof, on the 26 day of
January, 2022

---------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK,

    VS.

                                      ORDER OF COMMITMENT
                                      Indictment No. 2021-247
                                      UCMS No. 70003-22
Grafton Thomas,                      CPL Section 730.50 (1)

                            Defendant.
---------------------------------------------------------------x

       The above-named defendant, charged with Murder in the Second Degree, and such defendant having been examined pursuant to an Order of this Court at the Rockland County Department of Mental Health Services, examination reports thereon having been made to this Court, and the District Attorney and counsel for the defendant having been given copies of such examination, copies of which are hereto attached,

       AND, no motion for a hearing having been made,

       AND, appearing to the satisfaction that the said defendant as a result of mental disease or defect lacks capacity to understand the proceedings against him or to assist in his own defense,

       AND, it further appearing that the maximum term of imprisonment for the highest class of a felony charged, under Indictment 2020-1, a class "A" violent Felony offense, is a determinate term of twenty-five years to life in State Prison,

       NOW, therefore it is;

ORDERED that the above-named defendant be committed to the custody of the Commissioner of Mental Health for care and treatment in an appropriate institution of the Department of Mental Health to be designated by said Commissioner for a period not to exceed one year from the date of this Order, and it is further

ORDERED that if the person in charge of the institution in which the defendant is confined determines at any time that the defendant is no longer an incapacitated person, such person shall give notice in writing of such determination to this Court and to the District Attorney, and it is further

ORDERED that the defendant, if he be in detention, be continued in detention at Rockland County Jail, New City, N.Y., pending designation of an appropriate institution by the Commissioner of Mental Health, and upon notice by the Commissioner of Mental Health of the designated institution, be delivered thereto by the Sheriff of Rockland County.

ENTER

_____
Honorable Kevin F. Russo
Rockland County Court