# SUSSMAN & GOLDMAN
~Attorneys at Law~

1 Railroad Avenue, Suite 3, P.O. Box 1005, Goshen, New York 10924
**(845) 294-3991 [Tel]**
**(845) 294-1623 [Fax]**
**info@susman.law**

**Michael H. Sussman**
**Jonathan R. Goldman**

**Of Counsel**
**Christopher D. Watkins**
**Mary Jo Whateley**

February 27, 2024

*Mr. Sussman should confer with Tracy Miller of the Clerk's Office regarding payment for his experts.*

3/1/24  SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Honorable Cathy Seibel
United States District Court – SDNY
300 Quarropas Street
White Plains, NY 10601

re: ***Voucher for expert services in USA v. Thomas, 20-cr-00021 (CS)***

Dear Judge Seibel,

I represent defendant Grafton Thomas. In that effort, I retained Mr. Michael Archer and Mr. Drew Caprood to re-construct Mr. Thomas' activities as related to the alleged offense and then to do an exhaustive history of his life/activities and mental illness. Their work was instrumental in my making the successful application for psychiatric review which found Mr. Thomas unfit to stand trial.

The attached voucher relates to this work and I am respectfully requesting that Your Honor authorize its payment. While I handled this matter *pro bono*, I would appreciate this assistance for the experts who helped.

Yours respectfully,

Michael H. Sussman

enc/

cc:  USA by ECF

# CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

| 1. CIR./DIST./DIV. CODE<br>0208 | 2. PERSON REPRESENTED<br>Grafton E. Thomas | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>7:20-CR-00021-1-CS | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v. Thomas | 8. PAYMENT CATEGORY<br>Expert Only | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | 10. REPRESENTATION TYPE<br>Expert Only |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:247.F

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**12. ATTORNEY'S STATEMENT**

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
[X] Authorization to obtain the service. Estimated Compensation and Expenses: $ **$11,000.00** OR
[ ] Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (*Note: Prior authorization should be obtained for services in excess of the statutory maximum, excluding expenses*)

Signature of Attorney /S/    Date 2/17/2020

[ ] Panel Attorney  [X] Retained Attorney  [ ] Pro-Se  [ ] Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Michael H. Sussman - Bar Number: 3447
Sussman & Associates
1 Railroad Ave, Suite 3
Goshen, NY 10924
Telephone Number: 845-294-2991

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See instructions)
$110.00/hour for 100 hours
Investigative work, document review, forensic analysis

**14. TYPE OF SERVICE PROVIDER**
01 [X] Investigator
02 [ ] Interpreter/Translator
03 [ ] Psychologist
04 [ ] Psychiatrist
05 [ ] Polygraph
06 [ ] Documents Examiner
07 [ ] Fingerprint Analyst
08 [ ] Accountant
09 [ ] CALR (Westlaw/Lexis, etc.)
10 [ ] Chemist/Toxicologist
11 [ ] Ballistics
13 [ ] Weapons/Firearms/Explosive Expert
14 [ ] Pathologist/Medical Examiner
15 [ ] Other Medical
16 [ ] Voice/Audio Analyst
17 [ ] Hair/Fiber Expert
18 [ ] Computer (Hardware/Software/Systems)
19 [ ] Paralegal Services
20 [ ] Legal Analyst/Consultant
21 [ ] Jury Consultant
22 [ ] Mitigation Specialist
23 [ ] Duplication Services
24 [ ] (*See Instructions*) Other (Specify)
25 [ ] Litigation Support Services
26 [ ] Computer Forensics Expert

**15. COURT ORDER**
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.
Cathy Seibel /S/
Signature of Presiding Judge or By Order of the Court
Date of Order: 2/18/2020    Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
[ ] YES    [X] NO

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES<br>(Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | $9,452.50 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $9,452.50 | | |

**17. PAYEE'S NAME AND MAILING ADDRESS**
Drew Caprood
12 Mt. McGregor Road
Gansevoort, NY 12831

TIN: XX-XXXXXXX
Telephone Number: 5187420447

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 1/2/2020 TO 1/19/2020

CLAIM STATUS  [ ] Final Payment  [X] Interim Payment Number 1  [ ] Supplemental Payment  [ ] Withholding Payment (---) (---)

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee  /S/ /S/    Date 6/21/2021

**18. CERTIFICATION OF ATTORNEY**  I hereby certify that the services were rendered for this case.

Signature of Attorney    Date 2/27/24

## APPROVED FOR PAYMENT - COURT USE ONLY

| 19. TOTAL COMPENSATION<br>$0.00 | 20. TRAVEL EXPENSES<br>$0.00 | 21. OTHER EXPENSES<br>$0.00 | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|

23. [ ] Either the cost (*excluding expenses*) of these services does not exceed the statutory maximum, or prior authorization was obtained.

[ ] Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (*excluding expenses*) exceeds the statutory maximum.

Signature of Presiding Judge    Date    Judge Code

| 24. TOTAL COMPENSATION<br>$0.00 | 25. TRAVEL EXPENSES<br>$0.00 | 26. OTHER EXPENSES<br>$0.00 | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate)    Date    Judge Code    Certified Amount

## Voucher Services Detail

| Date | Service Type | Description | Rate | Claimed Units | Claimed Amount | Audit Units | Audit Amount | Audit Notes |
|---|---|---|---|---|---|---|---|---|
| 1/2/2020 | | Atty's office review evidence | $95.00 | 7.10 | $674.50 | | $0.00 | |
| 1/3/2020 | | Meeting atty office, FBI subpoena on atty evidence review, Fed CT appearance motion to Quash | $95.00 | 8.30 | $788.50 | | $0.00 | |
| 1/4/2020 | | review writings from cabin | $95.00 | 14.30 | $1,358.50 | | $0.00 | |
| 1/7/2020 | | Meeting atty office, review evidence, meeting with client's mother re. psych/social history | $95.00 | 8.70 | $826.50 | | $0.00 | |
| 1/8/2020 | | Meeting at atty office re evidence, residence re photos | $95.00 | 8.30 | $788.50 | | $0.00 | |
| 1/9/2020 | | Review writings from cabin | $95.00 | 6.10 | $579.50 | | $0.00 | |
| 1/13/2020 | | arraignment, meeting with client, attorney, and family | $95.00 | 6.30 | $598.50 | | $0.00 | |
| 1/14/2020 | | Review evidence, meeting with clients mother re hx | $95.00 | 8.30 | $788.50 | | $0.00 | |
| 1/16/2020 | | Ct appearance and evidence | $95.00 | 7.10 | $674.50 | | $0.00 | |
| 1/18/2020 | | review evidence | $95.00 | 14.70 | $1,396.50 | | $0.00 | |
| 1/19/2020 | | review evidence | $95.00 | 10.30 | $978.50 | | $0.00 | |

## Voucher Expenses Detail

No Expenses Reported

## Voucher Withholding Detail

| Type | Amount | Notes |
|---|---|---|
| Withholding | | |
| Release | | |
| Reduction | | |
| Total Withheld | | |
| Certified Amount | | |